IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No.  05- 40082 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 5/6-303(a) |
| SARAH J. WILLIAMS ) | DRING WHILE SUSPENDED |
| Defendant. ) | |

INFORMATION

**FILED**

JUL 1 2 2005

THE UNITED STATES ATTORNEY CHARGES:

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

COUNT I

On or about JUNE 30, 2005, in the Central District of Illinois, the defendant,

SARAH J. WILLIAMS

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, while his drivers license was suspended, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 (a) in violation of Title 18, United States Code, Section 13

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1