**E-FILED**
Wednesday, 20 July, 2005  11:45:51 AM
Clerk, U.S. District Court, ILCD

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )

               Plaintiff, )

vs. ) NO.

SARAH WILLIAMS, )

               Defendant. )

**FILED**

JUL 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ENTRY OF APPEARANCE

    Now comes the firm of WINSTEIN, KAVENSKY & WALLACE and hereby enters its appearance for and on behalf of SARAH WILLIAMS, the defendant in the above-entitled cause, and defendant hereby enters a plea of not guilty to the charges.

SARAH WILLIAMS, Defendant

By: _____
For: WINSTEIN, KAVENSKY & WALLACE
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing Entry of Appearance on the Plaintiff by hand delivery on the 20th day of July, 2005, a true and exact copy thereof.

_____
WINSTEIN, KAVENSKY & WALLACE
224 18th Street, P.O. Box 4298
Rock Island, IL  61204-4298
Telephone:  (309) 794-1515
Facsimile:  (309) 794-1515